## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    NO. 4:15CR00024 JLH

CHRISTOPHER BISBEE                                                                       DEFENDANT

### ORDER

The United States' motion to dismiss the Information against defendant Christopher Bisbee, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is GRANTED. Document #7.

IT IS SO ORDERED this 29th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE